SOLOMON L. WISENBERG, ESQ
DC Bar #464867
NELSON MULLINS 101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 545-2927

PETER ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY, ANGULO & STORBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
(702) 383-0701 – facsimile
Attorneys for Defendants NEISWONGER

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 2:12-CR-00281-PMP-CWH<br>) |
| RICHARD S. NEISWONGER,<br>SHANNON NEISWONGER. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### DEFENDANTS' UNOPPOSED MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS

Defendants Richard and Shannon Neiswonger, for the reasons set forth in their supporting memorandum of law, respectfully move this Court for an order issuing Rule 17(c) subpoenas, attached as Exhibits A-B. The undersigned counsel has contacted the Plaintiff and the Plaintiff has no objection to this motion. This motion is brought in good faith and is not interposed for the purpose of delay.

DATED this 28th day of May, 2014.

_____/S/_____
SOLOMON L. WISENBERG
DC Bar No. 464867
101 Constitution Avenue, NW Suite 900
Washington, D.C. 20001
Attorney for Defendants (Pro Hac Vice)


_____/S/_____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants (Associated Counsel)


                      IT IS SO ORDERED:


_____
PHILIP M. PRO, U.S. District Judge
May 30, 2014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2014, I served the above

DEFENDANTS' UNOPPOSED MOTION FOR ISSUANCE OF RULE 17(C) SUBPOENAS

through the CM/ECF system of the United States District Court for the District of Nevada (or, if

necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

J. GREGORY DAMM
Assistant United States Attorney
300 Las Vegas Boulevard S.
Las Vegas, Nevada 89101
Attorneys for Plaintiff
*UNITED STATES OF AMERICA*


                                                   /s/ Margaret Anthis
                                                 An Employee of OLSON, CANNON, GORMLEY,
                                                 ANGULO & STOBERSKI

# EXHIBIT A

# EXHIBIT A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Richard S. Neiswonger | ) | Case No. 2:12-CR-00281-PMP-CWH |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Judy Walls
Custodian of Records, Court Reporting Specialists, LLC
707 Mabbette Street
Kissimmee, Florida 34741 (407) 847-0330

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below ~~to testify~~ in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court, 333 South Las Vegas Boulevard, Las Vegas, NV 89101 | Courtroom No.: | 7C |
|---|---|---|---|
| | | Date and Time: | 06/16/2014 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Deposition testimony transcripts for Dr. Kevin Hornsby and Heidi Hornsby in Birmingham Realty Co. v. Kevin Hornsby, et al.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK



May 30, 2014
DATE

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Richard S. Neiswonger___ _____, who requests this subpoena, are:

Solomon L. Wisenberg, ESQ.
DC Bar #464867
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Avenue, NW Suite 900
Washington, DC 20001
Sol.Wisenberg@nelsonmullins.com
(202) 545-2922

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:12-CR-00281-PMP-CWH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT B

# EXHIBIT B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:12-CR-00281-PMP-CWH |
| Richard S. Neiswonger ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Paul Sanford
Custodian of Records, Birmingham Realty Company
27 Inverness Center Parkway
Birmingham, Alabama 35242

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below ~~to testify~~ in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court, 333 South Las Vegas Boulevard, Las Vegas, NV 89101 | Courtroom No.: 7C |
| | Date and Time: 06/16/2014 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Deposition testimony transcripts for Dr. Kevin Hornsby and Heidi Hornsby in Birmingham Realty Co. v. Kevin Hornsby, et al.


(SEAL)

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

May 30, 2014
DATE

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Richard S. Neiswonger , who requests this subpoena, are:

Solomon L. Wisenberg, ESQ.
DC Bar #464867
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Avenue, NW Suite 900
Washington, DC 20001
Sol.Wisenberg@nelsonmullins.com
(202) 545-2922

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:12-CR-00281-PMP-CWH

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: