SOLOMON L. WISENBERG, ESQ.
DC Bar # 464867
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, N.W., Suite 900
Washington, D.C. 20001
(202) 545-2927

PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9050 W. Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
(702) 383-0701 - facsimile
Attorneys for Defendants
RICHARD S. AND SHANNON NEISWONGER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD S. NEISWONGER,<br>and SHANNON NEISWONGER<br><br>Defendants. | 2:12-CR-00281-JAD-CWH<br><br>AMENDED<br>ORDER GRANTING MOTION<br>TO AMEND RELEASE<br>CONDITIONS |

BEFORE THE COURT is Defendant Shannon Neiswonger's motion to amend her the conditions of her release by removing the conditions listed in paragraphs (o) and (r) of her release order. Being sufficiently advised, it is hereby ordered that the motion is **GRANTED**.

It is further **ORDERED** as follows:

1. Defendant Shannon Neiswonger's conditions of release are modified to remove the conditions listed in paragraphs (o) and (r) of her release order. Ms. Neiswonger is no longer required to refrain from excessive use of alcohol or submit to drug testing.

IT IS SO ORDERED this 13th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

NELSON MULLINS RILEY &
SCARBOROUGH LLP


/s/ Solomon L. Wisenberg
SOLOMON L. WISENBERG
DC Bar No. 464867
101 Constitution Avenue, N.W., Suite 900

Attorney for Defendants (Pro Hac Vice)
*RICHARD S. AND SHANNON NEISWONGER*


OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI


/s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
9050 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants (Associated Counsel)
*RICHARD S. AND SHANNON NEISWONGER*