UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD S. NEISWONGER<br>and SHANNON NEIWSWONGER,<br><br>Defendants. | 2:12-CR-00281-JAD-CWH |

## ORDER GRANTING UNOPPOSED MOTION FOR COMPETENCY EVALUATION

Before the Court is Defendant Shannon Neiswonger's unopposed motion for a competency evaluation. The Court finds that there is reasonable cause to believe that Mrs. Neiswonger is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. Accordingly, Mrs. Neiswonger's motion is **GRANTED**.

Within ten days, the parties shall meet and confer regarding the selection and recommendation of a qualified professional to perform the evaluation of Mrs. Neiswonger's competency for sentencing pursuant to 18 U.S.C. §§ 4241 and 4247. If the parties cannot agree to the selection of a qualified professional to perform the evaluation within ten days, the parties are both ordered to submit the names and CVs of three psychiatrists or psychologists for selection by the Court.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 11/27/2017

Submitted by:

_____/s/_____
PETER M. ANGULO, ESQ.
9050 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants (Associated Counsel)
*NEISWONGER*