UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>vs.<br>SHANNON NEISWONGER,<br>　　　　　　　Defendant. | Case No.: 2:12-cr-00281-JAD-CWH<br><br>ORDER DISMISSING THE INFORMATION AS TO DEFENDANT SHANNON NEISWONGER |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses, as to Defendant Shannon Neiswonger only, the Criminal Information filed on September 26, 2012. Leave of Court is granted for the filing of the foregoing dismissal and the case is dismissed as to Defendant Shannon Neiswonger only. All further hearings scheduled in this case as to Shannon Neiswonger only are hereby vacated.

DATED this 6th day of March, 2018.

_____
JUDGE JENNIFER A. DORSEY
United States District Judge

4